No. 81–2351.  SCHREFFLER *v.* PENNSYLVANIA LABOR RELATIONS BOARD ET AL.  Pa. Commw. Ct.  Certiorari denied.

No. 81–2353.  GRACE *v.* SANTA FE PACIFIC RAILROAD CO. ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 81–2354.  UNIFORMED FIREFIGHTERS ASSN., LOCAL 94, IAFF, AFL–CIO, ET AL. *v.* CITY OF NEW YORK ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 81–2356.  GRANT *v.* ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION.  Sup. Ct. Ill.  Certiorari denied.

No. 81–2357.  JOHN G. RINALDO LIMITED PARTNERSHIP NUMBER 14 ET AL. *v.* ROADRUNNER LAKE PARKS, INC., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 81–2360.  MOELLER ET AL. *v.* CONNECTICUT.  Sup. Ct. Conn.  Certiorari denied.

No. 81–2361.  GROSSMAN *v.* FIDELITY MUNICIPAL BOND FUND, INC., ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 81–2364.  GEE *v.* GEE ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 81–2365.  FITZPATRICK *v.* NEW YORK.  C. A. 2d Cir.  Certiorari denied.

No. 81–2367.  SOLITRON DEVICES, INC., ET AL. *v.* SIROTA ET AL.  C. A. 2d Cir.  Certiorari denied.